

**FILED**

APR 1 0 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE DEPOT, INC., a Montana Corporation, UNION CLUB BAR, INC., a Montana Corporation, and TRAIL HEAD, INC., a Montana Corporation, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARING FOR MONTANANS, INC., F/K/A BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., HEALTH CARE SERVICE CORP., and JOHN DOES I–X,<br><br>Defendants. | CV 16–74–M–DLC<br><br>ORDER |

On February 7, 2019, the Ninth Circuit issued an opinion affirming in part and reversing in part this Court's Order of June 23, 2017. The Ninth Circuit remanded the case to this Court to determine whether it should retain jurisdiction over the Plaintiffs' state law claims.

IT IS ORDERED that the parties shall file simultaneous briefs, not to exceed 3250 words, setting forth their positions on whether the Court should

-1-

retain jurisdiction on or before April 19, 2019. No reply briefs shall be filed.

DATED this 10th day of April, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court