FILED

MAY 07 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE DEPOT, INC., a Montana Corporation, UNION CLUB BAR, INC., a Montana Corporation, and TRAIL HEAD, INC., a Montana Corporation, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARING FOR MONTANANS, INC., F/K/A BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., HEALTH CARE SERVICE CORP., and JOHN DOES I–X,<br><br>Defendants. | CV 16–74–M–DLC<br><br>ORDER |

Before the Court are the parties' briefs regarding supplemental jurisdiction. (Docs. 65 & 66.) Both parties ask the Court to stay proceedings pending resolution of their anticipated petitions for certiorari.

IT IS ORDERED that this matter is STAYED pending the United States Supreme Court's determination of whether to grant certiorari. IT IS FURTHER ORDERED that the parties shall file a joint status report within seven days of such

-1-

determination by the Supreme Court.

DATED this 7th day of May, 2019.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court