# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 16, 2019

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Caring For Montanans, Inc., et al.
            v. The Depot, Inc., et al.
            No. 19-77
            (Your No. 17-35597)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 15, 2019 and placed on the docket July 16, 2019 as No. 19-77.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst